**2006–0499. Klein v. Leis.**
In Habeas Corpus. On petition for writ of habeas corpus of Thomas Klein. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.